PROB 22
(Rev. 9/98)

# TRANSFER OF JURISDICTION

| | | | |
|---|---|---|---|
| | | **DOCKET NUMBER** *(Tran. Court)* | |
| | | EP-04-CR-1507PRM(1) | |
| | | **DOCKET NUMBER** *(Rec. Court)* | |
| | | 1:08-CR-075 S | |
| **NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE** | **DISTRICT** | **DIVISION** | |
| Joseph Hamilton Prout<br>Rhode Island | WD/TX | EL PASO | |
| | **NAME OF SENTENCING JUDGE** | | |
| | Philip R. Martinez | | |
| | **DATES OF SUPV. REL.** | **FROM**<br>05-29-08 | **TO**<br>05-28-2011 |

**OFFENSE**

Importation of a Controlled Substance, to wit: Marijuana

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF TEXAS

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the District of Rhode Island and upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

6/28/2008
Date

[signature]
U.S. District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE District of Rhode Island.

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

8/14/08
Effective Date

Mary M. Lisi
United States District Judge