PROB 22
(Rev. 9/98)

# TRANSFER OF JURISDICTION

FILED
2008 AUG 21 PM 12:13

| | | |
|---|---|---|
| **DOCKET NUMBER** *(Tran. Court)* | EP-04-CR-1507PRM(1) | |
| **DOCKET NUMBER** *(Rec. Court)* | 08-CR-075 S | |
| **NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE**<br>Joseph Hamilton Prout<br>Rhode Island | **DISTRICT**<br>WD/TX | **DIVISION**<br>EL PASO |
| | **NAME OF SENTENCING JUDGE**<br>Philip R. Martinez | |
| **DATES OF SUPV. REL.** | **FROM**<br>05-29-08 | **TO**<br>05-28-2011 |

**OFFENSE**

Importation of a Controlled Substance, to wit: Marijuana

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF TEXAS

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the District of Rhode Island and upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

6/28/2008
Date

[signature]
U.S. District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE District of Rhode Island.

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

A true copy of the original, I certify.
Clerk, U. S. District Court
By [signature] Deputy

8/14/08
Effective Date

Mary M. Lisi
United States District Judge

# UNITED STATES DISTRICT COURT

219 U.S. Courthouse
El Paso, Texas 79901

William G. Putnicki
Clerk of Court

August 22, 2008

U.S. District Clerk
District of Rhode Island
One Exchange Terrace
Federal Building and Courthouse
Providence, RI 02903

I, WILLIAM G. PUTNICKI, Clerk of the United States District Court for the Western District of Texas, do hereby certify and transfer jurisdiction to the U.S. District Court, District of Rhode Island, pursuant to an Order entered transferring, by the Honorable Judge Philip R. Martinez. Enclosed please find certified copies of the Indictment, J & C, docket sheet and order transferring jurisdiction in the cause entitled: USA vs. Joseph Hamilton Prout EP-04-CR-1507-PRM.

IN TESTIMONY WHEREOF, I have hereunto Subscribed my name and affixed the seal of the aforesaid Court at El Paso, Texas, this 22th day of August, 2008.

WILLIAM G. PUTNICKI, CLERK

BY: *Melissa A. Rodriguez*
Melissa A. Rodriguez, Deputy

*Please acknowledge receipt on the enclosed copy of this letter and return in the SASE.*