CLOSED

**U.S. District Court [LIVE]**
**Western District of Texas (El Paso)**
**CRIMINAL DOCKET FOR CASE #: 3:04-cr-01507-PRM All Defendants**
**Internal Use Only**

Case title: USA v. Prout
Magistrate judge case number: 3:04-mj-02824

Date Filed: 07/14/2004

---

Assigned to: Judge Philip R. Martinez

**Defendant (1)**

**Joseph Hamilton Prout**
*TERMINATED: 11/03/2004*

represented by **Michael David Pariente**
The Pariente Law Firm, PC
5910 N. Central Expy.
Suite 1670
Dallas, TX 75206
(214) 269-2000
Fax: 214/890-9967
*TERMINATED: 11/03/2004*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community Defender Appointment*

**Pending Counts**

21:952=MI.F MARIJUANA - IMPORT
(1)

**Disposition**

Deft. sentenced to 54 months imprisonment followed by 3 years supervised release, $500.00 fine and$100.00 SA

**Highest Offense Level (Opening)**

Felony

**Terminated Counts**

21:841B=MD.F MARIJUANA - SELL, DISTRIBUTE, OR DISPENSE - POSSESSING WITH INTENT TO DISTRIBUTE A QUANTITY OF MARIHUANA
(2)

**Disposition**

Remaining counts dismissed

A true copy of the original, I certify
Clerk, U. S. District Court

By [signature] Deputy

**Highest Offense Level (Terminated)**

Felony

**Complaints**

Possession with intent to distribute and importation of approx. 49.4 pounds of marijuana a Sch I Controlled Substance in violation of 21:841(a)(1),952(a)
[ 3:04-m -2824 ]

**Disposition**

---

**Plaintiff**

**USA**

represented by **Russell DeWitt Leachman**
U.S. Attorney's Office
700 E. San Antonio
Room 200
El Paso, TX 79901-1977
(915) 534-6884
Fax: 915/534-6024
Email: russell.leachman@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 06/29/2004 | | Arrest of Joseph Hamilton Prout [ 3:04-m -2824 ] (fe) (Entered: 07/01/2004) |
| 06/30/2004 | | Case assigned to Judge Michael S. McDonald [ 3:04-m -2824 ] (fe) (Entered: 07/01/2004) |
| 06/30/2004 | 1 | Complaint filed against Joseph Hamilton Prout [ 3:04-m -2824 ] (fe) (Entered: 07/01/2004) |
| 06/30/2004 | 2 | Motion by USA as to Joseph Hamilton Prout to detain defendant without bond [ 3:04-m -2824 ] (fe) (Entered: 07/01/2004) |
| 06/30/2004 | | Defendant(s) Joseph Hamilton Prout first appearance held ; preliminary exam set at 11:00 7/6/04 for Joseph Hamilton Prout ; ; Defendant informed of rights. [ 3:04-m -2824 ] (fe) (Entered: 07/01/2004) |
| 06/30/2004 | | Detention hearing for Joseph Hamilton Prout set at 11:00 7/6/04 for Joseph Hamilton Prout [ 3:04-m -2824 ] (fe) (Entered: 07/01/2004) |
| 06/30/2004 | 3 | Minutes of proceedings for initial appearance conducted on 6/30/04 as to Joseph Hamilton Prout by Judge McDonald. Court Reporter: ERO [ 3:04-m -2824 ] (fe) (Entered: 07/01/2004) |
| 06/30/2004 | 4 | CJA-23 Financial Affidavit filed as to Joseph Hamilton Prout [ 3:04-m -2824 ] (fe) (Entered: 07/01/2004) |

| | | |
|---|---|---|
| 06/30/2004 | 5 | Order appointing Federal Public Defender for Joseph Hamilton Prout Michael David Pariente to represent defendant signed by Judge Michael S. McDonald [ 3:04-m -2824 ] (fe) (Entered: 07/02/2004) |
| 07/06/2004 | 6 | Order of Detention: Bond set to DETAIN W/O BOND for Joseph Hamilton Prout. Mooted Bond Motions motion to detain defendant without bond [2-1] as to Joseph Hamilton Prout (1) signed by Judge Michael S. McDonald [ 3:04-m -2824 ] (fe) (Entered: 07/08/2004) |
| 07/07/2004 | 7 | Order of Detention: Bond reset to DETAIN W/O BOND for Joseph Hamilton Prout. Mooted Bond Motions signed by Judge Michael S. McDonald [ 3:04-m -2824 ] (fe) (Entered: 07/08/2004) |
| 07/14/2004 | | Case assigned to Judge Philip R. Martinez (mm1) (Entered: 07/15/2004) |
| 07/14/2004 | | (Court only) Added for USA attorney Russell D. Leachman (mm1) (Entered: 07/15/2004) |
| 07/14/2004 | 8 | Indictment filed against Joseph Hamilton Prout Joseph Hamilton Prout (1) count(s) 1, 2 ) (mm1) (Entered: 07/15/2004) |
| 07/16/2004 | 9 | Notice as to Joseph Hamilton Prout setting arraignment for 4:00 7/23/04 for Joseph Hamilton Prout , and setting docket call for 8:00 8/17/04 for Joseph Hamilton Prout (mm1) (Entered: 07/16/2004) |
| 07/19/2004 | 10 | Letter/Correspondence submitted by USA as to Joseph Hamilton Prout regarding: plea agreement (mt) (Entered: 07/20/2004) |
| 07/23/2004 | 11 | Waiver of personal appearance at arraignment and entry of plea not guilty by Joseph Hamilton Prout (1) count(s) 1, 2 signed by Judge Norbert J. Garney (mm1) (Entered: 07/26/2004) |
| 07/26/2004 | 12 | General Order of Discovery as to Joseph Hamilton Prout signed by Judge Philip R. Martinez (mm1) (Entered: 07/26/2004) |
| 08/04/2004 | 13 | Order as to Joseph Hamilton Prout rearraignment 2:00 8/12/04 for Joseph Hamilton Prout signed by Judge Norbert J. Garney (mt) (Entered: 08/05/2004) |
| 08/11/2004 | 14 | Plea agreement filed as to Joseph Hamilton Prout (mm1) (Entered: 08/11/2004) |
| 08/12/2004 | 15 | Consent to administration of guilty/nolo plea and Rule 11 Allocution by a United States Magistrate Judge as to Joseph Hamilton Prout (mm1) (Entered: 08/13/2004) |
| 08/12/2004 | 16 | Minutes of proceedings for Plea conducted on 8/12/04 as to Joseph Hamilton Prout by Judge Garney. Court Reporter: ERO (mm1) (Entered: 08/13/2004) |
| 08/12/2004 | | Rearraignment as to Joseph Hamilton Prout held (mm1) (Entered: 08/13/2004) |
| 08/12/2004 | | Plea of guilty entered by Joseph Hamilton Prout (1) count(s) 1 (mm1) (Entered: 08/13/2004) |

| | | |
|---|---|---|
| 08/12/2004 | 17 | Findings of Fact and Recommendation on felony guilty plea before the United States Magistrate Judge as to Joseph Hamilton Prout Recommendation that the District Court accept the Guilty plea. (mm1) (Entered: 08/13/2004) |
| 08/23/2004 | 18 | Order as to Joseph Hamilton Prout setting sentencing for 8:00 11/3/04 for Joseph Hamilton Prout signed by Judge Philip R. Martinez (mm1) (Entered: 08/23/2004) |
| 08/26/2004 | 19 | Order as to Joseph Hamilton Prout signed by Judge Philip R. Martinez Approving and Adopting Report & Recommendation and Accepting Guilty Plea (mm1) (Entered: 08/27/2004) |
| 08/26/2004 | | Guilty plea accepted by the court as to Joseph Hamilton Prout (1) count(s) 1 (mm1) (Entered: 08/27/2004) |
| 11/03/2004 | 20 | Minutes of proceedings for Sentencing conducted on 11/3/04 as to Joseph Hamilton Prout by Judge Martinez. Court Reporter: Mike Nobles (mt) (Entered: 11/04/2004) |
| 11/03/2004 | | Sentencing , Joseph Hamilton Prout (1) count(s) 1 held Joseph Hamilton Prout (1) count(s) 1. Deft. sentenced to 54 months imprisonment followed by 3 years supervised release, $500.00 fine and$100.00 SA ; Mooted Motions: (mt) (Entered: 11/04/2004) |
| 11/03/2004 | | Dismissed count on motion by the Govt Joseph Hamilton Prout (1) count(s) 2 (mt) (Entered: 11/04/2004) |
| 11/04/2004 | 21 | Judgment and Commitment as to , Joseph Hamilton Prout (1) count(s) 1 ) signed by Judge Philip R. Martinez (mm1) (Entered: 11/05/2004) |
| 07/03/2006 | 22 | NOTICE by Joseph Hamilton Prout of filing of Complaint request and jurisdiction (mt, ) (Entered: 07/05/2006) |
| 07/06/2006 | 23 | ORDER Striking complaint request and jurisdiction pleading (not in duplicate, no proposed order and no certificate of service), as to Joseph Hamilton Prout . Signed by Judge Philip R. Martinez. (mt, ) (Entered: 07/06/2006) |
| 08/21/2006 | 24 | NOTICE of filing by Joseph Hamilton Prout Complaint Request and Jurisdiction (rc, ) (Entered: 10/05/2006) |
| 08/21/2006 | 25 | NOTICE of filing Application to Proceed In Forma Pauperis by Joseph Hamilton Prout re 24 Complaint Request and Jurisdiction (rc, ) (Entered: 10/05/2006) |
| 10/10/2006 | 26 | ORDER construing re 24 Complaint Request and Jurisdiction, as a petition for modification of a criminal fine and denying petition and denying as moot 25 Application to Proceed Without Payment of Fees and Affidavit.. Signed by Judge Philip R. Martinez. (rc, ) (Entered: 10/10/2006) |
| 08/21/2008 | 27 | Probation/Supervised Release Jurisdiction Transferred to District of Rhode Island as to Joseph Hamilton Prout Transmitted Transfer of Jurisdiction form, with certified copies of indictment, judgment and docket sheet. (mr, ) |

| | | |
|---|---|---|
| | | (Entered: 08/22/2008) |