JUDGE PHILIP MARTINEZ

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

FILED
2004 JUL 14 PM 5:03

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CRIMINAL NO. EP-04-CR- |
| Plaintiff, | ) **INDICTMENT** |
| VS. | ) **CT 1:** 21:952(a)-Importation of a Controlled Substance; |
| JOSEPH HAMILTON PROUT, | ) **CT2:** 21:841(a)(1)-Possession of a Controlled Substance With |
| Defendant. | ) Intent to Distribute |

BY ______ DEPUTY

**EP04CR1507**

THE GRAND JURY CHARGES:

**COUNT ONE**
(21 U.S.C. §§ 952(a) & 960(a)(1))

That on or about June 29, 2004, in the Western District of Texas, Defendant,

**JOSEPH HAMILTON PROUT,**

knowingly and intentionally imported into the United States from Mexico a controlled substance, which offense involved a quantity of a mixture or substance containing a detectable amount of marijuana, a Schedule I Controlled Substance, in violation of Title 21, United States Code, Sections 952(a) and 960(a)(1).

**COUNT TWO**
(21 U.S.C. § 841(a)(1))

That on or about June 29, 2004, in the Western District of Texas, Defendant,

**JOSEPH HAMILTON PROUT,**

knowingly and intentionally possessed with intent to distribute a controlled substance, which offense

8

A true copy of the original, I certify.
Clerk, U. S. District Court

By ______ Deputy

Case 3:04-cr-01507-PRM Document 8 Filed 07/14/2004 Page 2 of 2

involved a quantity of a mixture or substance containing a detectable amount of marijuana, a Schedule I Controlled Substance, in violation of Title 21, United States Code, Section 841(a)(1).

A TRUE BILL.

FOREPERSON OF THE GRAND JURY

JOHNNY SUTTON
UNITED STATES ATTORNEY

BY: ______________________
Assistant U.S. Attorney